# UNITED STATES DISTRICT COURT
## ** ARRAIGNMENT **

Case No. **1:25cr258**　　　　　　　　　　　　　　　　　　Date: **10/30/2025**
Court Time: 9:04 a.m. – 9:17 a.m.
(00:13)

DOCKET ENTRY: **ARRAIGNMENT**

U.S.A. vs. **TAE Y. JANG (1)**
　　　　　　**KAREN J. DEMATTEO (2)**

PRESENT:　**Honorable Patricia Tolliver Giles**, U. S. District Judge
　　　　　　Paulina Miller, Deputy Clerk
　　　　　　S. Wallace, Court Reporter
　　　　　　Kathleen Robeson, Asst. U. S. Attorney
　　　　　　Andrew Stewart, Attorney for Tae Y. Jang (1)
　　　　　　Brooke Rupert, Attorney for Karen J. DeMatteo (2)
　　　　　　None, Interpreter

**PROCEEDINGS:**

✗ Defendant Tae Y. Jang (1) and Defendant Karen J. DeMatteo (2) are arraigned and specifically advised of rights.

✗ Defendant Tae Y. Jang (1) and Defendant Karen J. DeMatteo (2) waive reading of indictment – WFA

**X PLEA: NOT GUILTY ON ALL COUNTS as to Defendants Tae Y. Jang (1) and Defendant Karen J. DeMatteo (2)**

X Defendant Tae Y. Jang (1) orally waived Speedy Trial and Court finds Speedy Trial to be waived - - Proposed Order re: Waiver of Speedy Trial/Proposed Order to be submitted.
X Defendant Karen J. DeMatteo (2) waiver of right to Speedy Trial filed in open court – Order to enter.

CASE CONTINUED TO **TUESDAY, JANUARY 13, 2026** at **10:00 a.m.** for **JURY** TRIAL as to Defendant Tae Y. Jang (1) and Karen J. DeMatteo (2).

✗ Discovery Order entered in open Court as to Defendants Tae Y. Jang (1) and Karen J. DeMatteo (2).

Defts　☐ Remanded　　　　X Defendant Tae Y. Jang (1)　　☐ Released on Bond –
　　　　　　　　　　　　　　Continued on Bond - see Order Setting Conditions of Release
　　　　　　　　　　　　　　X Defendant Karen J. DeMatteo (2)
　　　　　　　　　　　　　　Continued on Bond – see Order Setting Conditions of Release